### (June 14, 1948.)

EAST BROOKLYN SAVINGS BANK, Respondent, v. HICKMAN REALTY CORP., et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 272 App. Div. 638.]

JOHN O. GODBOUT, as General Guardian of BETTY C. IRWIN, an Infant, and as Administrator of the Estate of JOHN N. IRWIN, Deceased, Respondent, v. ANNIE L. IRWIN, Defendant, and ARTHUR F. GEELE, JR., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with leave to appellants, if so advised, to answer within ten days after the entry of the order hereon. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1029.]

LINA HERZBERG, as Executrix of ANNA SCHWARZKOPF, Appellant, v. PHILIP BOYAJIAN et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1012.]

In the Matter of the Estate of VIOLET D. CRUGER, Deceased. FREDERIC H. CRUGER, as Administrator of the Estate of VIOLET D. CRUGER, Deceased, et al., Respondents; HENRY HEWER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1013.]

In the Matter of ANNA KESDAN, Appellant, against CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1020.]

In the Matter of the Application of ERNEST R. PFEIL, Appellant, against CITY OF NEW YORK, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1009.]

JENNIE MARTINICO, Plaintiff, v. CLARENCE C. FELTER et al., Defendants. HAROLD T. SHERWOOD et al., as Executors of BERT C. FULLER, Deceased, Purchaser, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 983.]

JENNIE A. PARKTON, Appellant, v. JAMES J. FREEMAN et al., as Executors of CELIA EDELMAN, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 977.]

MARY E. REILLEY et al., Respondents, v. CITY OF NEW YORK, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 1014.]

CHARLES E. RIORDAN, as Ancillary Administrator D. B. N. C. T. A. of JOHN J. RIORDAN, JR., Deceased, Appellant, v. JOSEPHINE M. CRABTREE et al., Respondents. CHARLES E. RIORDAN, as Ancillary Administrator D. B. N. C. T. A. of JOHN J. RIORDAN, JR., Deceased, Appellant, v. PETER A. CAMERON, et al., Defendants, and H. DORSEY SPENCER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 273 App. Div. 984.]